**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Javier MUNOZ–RUIZ, Defendant–
Appellant.**

**No. 15–13119
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 19, 2016.

Laurel Boatright, John Andrew Horn, Lawrence R. Sommerfeld, U.S. Attorney's Office, Atlanta, GA, for Plaintiff-Appellee.

Esther Panitch, The Panitch Law Group, PC, Atlanta, GA, for Defendant–Appellant.

Javier Munoz Ruiz, Oakdale, LA, pro se.

Before ED CARNES, Chief Judge,
HULL and MARCUS, Circuit Judges.

PER CURIAM:

Esther Panitch, appointed counsel for Javier Munoz–Ruiz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Munoz–Ruiz's conviction and sentence are **AFFIRMED**.